IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MACK TEDDER,

    Plaintiff,
v.                                              CASE NO. 4:13-cv-75-MW/CAS

TENA PATE, et al.,

    Defendants.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.6, filed March 19, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief may be granted. " The Clerk shall close the file.

SO ORDERED on April 8, 2013.

                                                        s/Mark E. Walker          
                                                        United States District Judge