**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MACK R. TEDDER,**

      **Plaintiff,**

**v.**                     **CASE NO. 4:13-cv-75-MW/CAS**

**TENA PATE, et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Second Report and Recommendation, ECF No. 18, filed September 23, 2014. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's third amended complaint, ECF No. 17, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). The Clerk

shall close the file.

**SO ORDERED on October 15, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**