# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MACK R. TEDDER,

        Plaintiff,

v.                                  CASE NO. 4:13-cv-75-MW/CAS

TENA PATE, et al.,

        Defendants.

_____/

## **AMENDED** ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Second Report and Recommendation, ECF No.18, filed September 23, 2013. This Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No.22, filed October 18, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's third amended complaint, ECF No. 17, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)." The Clerk shall note on

1

the docket that this cause was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). The Clerk shall close the file.

**SO ORDERED on October 22, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**